UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

City National Bank,

                Plaintiff,

-against-

Banco del Estado de Chile et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2021

1:21-cv-03906 (ALC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The parties shall submit a joint letter regarding the status of discovery on Monday, January 31, 2022.

**SO ORDERED.**

DATED:    New York, New York
                December 20, 2021

_____
STEWART D. AARON
United States Magistrate Judge