UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

City National Bank,

                Plaintiff,

-against-

Banco del Estado de Chile et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/23/2022

1:21-cv-03906 (ALC) (SDA)

ORDER SCHEDULING TELEPHONIC
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    A settlement conference is scheduled before Magistrate Judge Stewart Aaron on April 1, 2022, at 12:00 p.m. The settlement shall proceed by telephone unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means, such as by video.

    The Court will provide dial-in information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron, including sending to the Court each party's *ex parte* pre-conference submissions by email no later than March 29, 2022.

SO ORDERED.

DATED:    New York, New York
                March 23, 2022

_____
STEWART D. AARON
United States Magistrate Judge