```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  4/7/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CITY NATIONAL BANK,**<br><br>                              **Plaintiff,**<br><br>   -against-<br><br>**BANCO DEL ESTADO DE CHILE** and **DONNELLY MECHANICAL CORPORATION,**<br><br>                              **Defendants.** | **21-cv-3906 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and with prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   April 7, 2022
         New York, New York

                                                    *[signature]*
                                                    _____
                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**